UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:11-302-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **JAMAL JONES** | ) | |

And now, this 17 day of January, 2012, the within Motion is granted, and it is hereby ordered and decreed that the Information and Indictment Number 3:11-302 against the defendant, **JAMAL JONES**, be and the same is hereby dismissed without prejudice.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.

January 20, 2012                     Joseph F. Anderson, Jr.
Columbia, South Carolina        United States District Judge